IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

| | |
|---|---|
| NELDA WILSON, BOE ELLIS, JACK, MILLER, ROBIN WICKLANDER, DAVID ALEXANDER. JOHN ANDERSON, JAMES M. WRIGHT, and KYLE IZATT, Trustees for the AGC-INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 701 PENSION, HEALTH, AND WELFARE, AND TRAINING TRUST FUNDS,<br><br>                Plaintiffs,<br>v.<br><br>BIG J CONSTRUCTION, INC., an Oregon corporation,<br><br>                Defendant. | Case No. 1:15-cv-02183-CL<br><br>**ORDER** |

CLARKE, Magistrate Judge.

The Court held a show cause hearing (#14) on February 25, 2016 to determine whether Defendant had provided Plaintiffs with all documents necessary for the performance of a contractually required audit. At the hearing, Plaintiffs' counsel stated that the following items are outstanding. Defendant is hereby ordered to provide Plaintiffs with the following records within the next two weeks:

1. Copies of Defendants' Oregon and Washington Unemployment Reports with detail showing employees for each year of the audit period (2006-2016), and

2. Internal Revenue Service Tax Forms for each employee during the audit period, including Forms W-2 and W-3.

IT IS SO ORDERED and DATED this 29 day of February 2016.

/s/ Mark D. Clarke
MARK D. CLARKE
United States Magistrate Judge